Opinion issued November 20, 2008









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-08-00043-CV

____________


HENRY H. TAYLOR AND CAROLYN M. TAYLOR, Appellants


V.


RESURGENCE FINANCIAL, L.L.C., Appellee






On Appeal from the County Civil Court at Law No. 2

Fort Bend County, Texas

Trial Court Cause No. 31842






MEMORANDUM OPINION

 The parties have filed a joint motion, in which they ask this Court to set aside
the trial court's judgment and remand the case to the trial court for rendition of
judgment in accordance with the parties' settlement agreement. See Tex. R. App. P.
42.1(a)(2)(B). No opinion has issued. Accordingly, we grant the motion, set aside
the trial court's judgment, and remand the case to the trial court for rendition of
judgment in accordance with the parties' agreement. Id.

 All other pending motions in this appeal are overruled as moot. As stated in the
parties' motion, all costs on appeal will be borne by the party incurring them.



 Terry Jennings

 Justice


Panel consists of Justices Jennings, Hanks, and Bland.